## DEVORE v. ADAMS.

1. **Practice in Supreme Court:** ARGUMENT IN EQUITY CASE. In an equity case triable *de novo* in this court, the burden is on the plaintiff, precisely as in the court below, and. he files the opening argument, though the defendant be the appellant.

2. ———: NO ARGUMENT BY APPELLANT: JUDGMENT AFFIRMED. Where the appe lant in an equity case does not see proper to file an argument on the merits of the case, the judgment below will be affirmed.

*Appeal from Monroe District Court.*

FRIDAY, MARCH 19.

ACTION in equity to foreclose a chattel mortgage. Decree for the plaintiff, and defendant appeals.

*Anderson & Anderson,* for appellant.

*Ayers Bros.,* for appellee.

SEEVERS, J.—Appellee has filed a motion to dismiss the appeal on the ground that the amount in controversy, as

shown by the pleadings, does not exceed $100. Arguments have been filed in support of, and in opposition to, the motion. It will be overruled.

The plaintiff has also filed an argument on the merits; but the appellant has failed to do so. At the conclusion of appellants argument on the motion, it is said: " we do not consider appellee's argument on the merits, because it has been our understanding of the practice that appellant is entitled to the first argument on appeal." This is a mistake, the plaintiff in an equity cause makes the opening argument in this court. The burden is on him, in the same form, precisely, as in the court below.

The appellant, because, as he claims, the appellee has filed an argument on the merits, asks this court to render judgment against the appellee for costs. This we could not do, even if the argument of appellee had been improperly filed. The utmost relief the appellant could obtain would be to get appellee's argument struck from the files. Inasmuch as appellant has not seen proper to file an argument on the merits in support of the errors he deems the court committed, the decree must be affirmed. Such is the established practice. We do this the more readily because we have no doubt that the decree of the district court is correct.

AFFIRMED.